No. 400. CHARLESTON FEDERAL SAVINGS & LOAN ASSOCIATION ET AL. *v.* ALDERSON, STATE TAX COMMISSIONER. See *ante,* pp. 182, 187.

No. 727. ORIOLO *v.* UNITED STATES. See *ante,* p. 824.

No. 953. FINN, TRUSTEE, *v.* MEIGHAN, SUBSTITUTED TRUSTEE. March 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Joseph Lorenz* for petitioner. *Mr. Burton C. Meighan, Jr.* for respondent.

No. 1016. UNITED STATES ALKALI EXPORT ASSOCIATION, INC. ET AL. *v.* UNITED STATES; and

No. 1017. CALIFORNIA ALKALI EXPORT ASSOCIATION, INC. ET AL. *v.* UNITED STATES. March 5, 1945. The motions for leave to file petitions for writs of certiorari under § 262 of the Judicial Code are granted. The petitions for writs of certiorari to the District Court of the United States for the Southern District of New York are granted. *Messrs. Wm. Dwight Whitney, Leland Hazard, David A. Reed, Robert T. McCracken, Ralph S. Harris, H. G. Hitchcock, H. W. Stull, J. E. F. Wood* and *Bruce Bromley* for petitioners in No. 1016. *Messrs. Fred N. Oliver* and *Edward D. Lyman* for petitioners in No. 1017. *Solicitor General Fahy, Assistant Attorney General Berge* and *Mr. Charles H. Weston* for the United States. Reported below: 58 F. Supp. 785.